**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MUHAMMAD MAMASHARIFOV (246-266-519),

                      Petitioner,

          -against-

William P. Joyce, in his capacity as acting field
office director, DHS-ICE, New York Field Office;
Todd M. Lyons in his official capacity as Acting
Director of DHS-ICE; Kristi Noem, in her capacity
as Secretary of Homeland Security; Pam Bondi,
in her capacity as Attorney General of the United
States, Executive Office for Immigration Review,

                      Respondents.
-------------------------------------------------------------X

26 **CIVIL** 1839 (MKV)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 3, 2026, the Petition is DENIED with prejudice;

accordingly, the case is closed.

**DATED:** New York, New York
         April 6, 2026

                                   **TAMMI M. HELLWIG**
                            _____
                                    **Clerk of Court**

                **BY:**
                      _____
                                **Deputy Clerk**